UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT SMITH,                       Case No. 18-CV-0060 (PJS/LIB)

      Plaintiff,

v.                             ORDER OF DISMISSAL

ZIMCO CORPORATION, et al.,

      Defendants.

Based upon the Stipulation for Dismissal filed by the parties on November 19, 2018 [ECF No. 9],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 20, 2018

                                                   s/Patrick J. Schiltz
                                                   Patrick J. Schiltz
                                                   United States District Judge